PROB 12A-QUA
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Person Under Supervision

| | |
|---|---|
| **Name:** Cameron Len Gaunt | **Case Number:** 2:19CR00026RAJ-001 |
| **Name of Judicial Officer:** The Honorable Richard A. Jones, United States District Judge | |
| **Date of Original Sentence:** 08/02/2019 | **Date of Report:** 07/09/2025 |
| **Original Offense:** Counts 1 and 2: Bank Robbery | |
| Count 3: Attempted Bank Robbery | |
| **Original Sentence:** 86 months' imprisonment; 3 years' supervised release | |
| **Type of Supervision:** Supervised Release | **Date Supervision Commenced:** 07/02/2025 |
| **Assistant United States Attorney:** Thomas Woods | |

**Special Conditions Imposed:**

☒ Substance Abuse    ☒ Financial Disclosure    ☐ Restitution:
☒ Mental Health      ☐ Fine                    ☐ Community Service

☐ Other: Moral Reconation Therapy; disclose all assets and liabilities; provide documentation of any business or enterprise; maintain a single checking account; and submit to search.

## PETITIONING THE COURT

☒ To quash the warrant previously issued on July 5, 2025.

## CAUSE

Mr. Gaunt released from Bureau of Prisons (BOP) custody in Beaumont Texas on July 2, 2025. Due to missing his scheduled connecting bus, he did not report to the Seattle Residential Reentry Center (RRC) in Seattle as directed resulting in an afterhours warrant being issued. According to Mr. Gaunt and his mother, his belongings were stolen at the bus stop, and he was assaulted. Mr. Gaunt's mother went to Texas and the two of them are enroute to Washington State. I submitted a referral to the RRC and Mr. Gaunt's placement is scheduled on July 15, 2025. His mother has agreed to bring him to the RRC on his admit date. Both Mr. Gaunt and his mother have been in daily communication with me and have been directed to advise when they arrive in Washington State.

I contacted Assistant United States Attorney Thomas Woods, and he has no objection to the quashing of the warrant.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 9th day of July, 2025. | BY: |
| *(signature)* | *(signature)* |
| Darcell Prescott<br>United States Probation Officer | Analiese D. Johnson<br>Supervising United States Probation Officer |

The Honorable Richard A. Jones, United States District Judge　　　　　　　　　　　　　　Page 2
Report on Person Under Supervision　　　　　　　　　　　　　　　　　　　　　　　　July 9, 2025

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ The warrant previously issued be quashed
☐ The warrant previously issued remain outstanding

_____
Signature of Judicial Officer

July 9, 2025
_____
Date

