PROB 12C-SUP
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

## Supplemental Violation

**Name:**  Cameron Len Gaunt                                              **Case Number:** 2:19CR00026RAJ-001
**Name of Judicial Officer:**  The Honorable Richard A. Jones, United States District Judge
**Date of Original Sentence:**  08/02/2019                                 **Date of Report:** 09/17/2025
**Original Offense:**  Counts 1 and 2: Bank Robbery
                       Count 3: Attempted Bank Robbery
**Original Sentence:**  86 months' imprisonment; 3 years' supervised release
**Type of Supervision:** Supervised Release                                **Date Supervision Commenced:** 07/02/2025
**Assistant United States Attorney:**  Thomas Woods                        **Defense Attorney:** Jesse Cantor
**Special Conditions Imposed:**

☒ Substance Abuse          ☒ Financial Disclosure        ☐ Restitution:
☒ Mental Health            ☐ Fine                        ☐ Community Service
☒ Other: Moral Reconation Therapy; disclose all assets and liabilities; provide documentation of any business or enterprise; maintain a single checking account; and submit to search

## PETITIONING THE COURT

☐   To issue a warrant under seal
☐   To issue a summons
☒   To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court on July 16, 2025.

I allege Cameron Len Gaunt has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2. | Committing the crime of bank robbery, on September 12, 2025, in violation of a mandatory condition of supervised release. |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒  The term of supervision should be
   ☒  revoked.
   ☐  extended for ___ years, for a total term of ___ years.
☐  The conditions of supervision should be modified as follows:

☒  Detention pending final adjudication due to
   ☒  risk of flight.
   ☒  danger to community.

The Honorable Richard A. Jones, United States District Judge  Page 2
Supplemental Violation  September 17, 2025

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 17th day of September, 2025.

BY:

_____
Darcell Prescott
Senior United States Probation Officer

_____
Analiese D. Johnson
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
(conditions of supervision shall remain in effect pending final adjudication)

☐ The Issuance of a Summons
(conditions of supervision shall remain in effect pending final adjudication)

☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court

☐ Other

_____
Signature of Judicial Officer

September 18, 2025
Date